RECEIVED (DROP BOX)

FEB 11 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

US President Nathen Baker

Plaintiff(s),

v.

Washington State lig,
Nordic Meseum
King Carl XVI Gustaf; father beings, of;

Defendant(s).

CASE NO. 2:21-cv-00189 JCC
[to be filled in by Clerk's Office]

**COMPLAINT FOR A CIVIL CASE**

Jury Trial: ☐ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Carl Gustaf Kings Crown Royalties |
| Street Address | Scandinavian Swe. |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 1

B.     Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | Silvia of Sweden Queens |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | Princess Victoria Scandi of, |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | Prince Carl Sons King for of. |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR A CIVIL CASE - 2

Defendant No. 4

Name: Princess Fan; China
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:

## II.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1930, a case arising under the United States Constitution or federal laws or treaties is a federal question cases. Under 28 U.S.C. § 1332, a case in which a citizen on United one State sues a citizen of another State of nation' and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship cases no defendant may be a citizen is the same State as any plaintiffieds.

What is the basis for federal court jurisdiction? (*check all that apply*)

☐  Federal question          ☒  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Is Made.

_____

_____

COMPLAINT FOR A CIVIL CASE - 3

1   B.   If the Basis for Jurisdiction ~~Is Diversi~~ for the Citizenship ~~ments.~~

2        1.   The Plaintiff(s)

3             a.   If the plaintiff is an individual.

4   The plaintiff (name) __US President Nathen Dwayne Baker.gov__ ~~is a citizen~~ of the; beings for it

5   State ~~of~~ (name) __Washington State Government yies.__

6             b.   If the plaintiff is a corporation.

7   The plaintiff, (name) __President Nathen D.B. wa.gov__, is incorporated under

8   the laws of the State of (name) __Washington Administration Code__, is incorporated under

9   the laws of the State of (name) __Washington State Law__, and has its principal

10  place of business in the State of (name) __Washington te.__

11       (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

12

13       2.   The Defendant(s)

14            a.   If the defendant is an individual.

15  The defendant, (name) __King Carl countries Scandinavia__, is a citizen of the

16  State of (name) __Sweden__. Or is a citizen of

17  (foreign nation) __Scandinavia__.

18            b.   If the defendant is a corporation.

19  The defendant, (name) __Royal King Crowned__, is incorporated under

20  the laws of the State of (name) __Ruler__, and has its principal

21  place of business in the State of (name) __Royal Crown King Carl ScSw__

22       Or is incorporated under the laws of (foreign nation) __King Carl XVI Gustaf Sweden be,__

23  and has its principal place of business in (name) __Honor Royal Crown King Carl XVI Gustaf SWSc.__

24       (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

Labor Union Cost be for presents, Payment made of President Prince Nathen Gustaf of Scandinavia amounts of the Nordic Mesuem King County Washington State in the United States.

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

President Nathen Dwayne Baker government of Washington se. Honor Royal Crown King Nathen Dwayne Baker of United States. Royal Family of Scandinavia Right Brought King Nathen of United States.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Claimiesfy. Claims. Brought King Nathen D. Baker of United States. King Carl Gustaf Honored Prince Nathen Gustaf known name All Countries new world live.

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure ■, by signing below, I certify to the best of my knowledge, ~~information,~~ Laborer our ~~and~~ belief that this complaint: (1) ~~is not~~ being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2016

1  purpose, ~~such as to harass, cause unnecessary delay, or needlessly increase the~~ The cost its ~~litigation~~;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7  I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing: for.    May 09, 1981
11  Signature of Plaintiff     Nathen Dwayne Baker
12  Printed Name of Plaintiff  Nathen Dwayne Baker

13

14  Date of signing:          02/11/2021
15  Signature of Plaintiff     President Nathen Washington government.
16  Printed Name of Plaintiff  P. NATHEN Washington Government

17

18  Date of signing:          h
19  Signature of Plaintiff
20  Printed Name of Plaintiff

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6

**RECEIVED (DROP BOX)**

**AFFIDAVIT OF SERVICE**

FEB 11 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

1
2
3   The following is a list of all other parties, and their respective attorneys, who have appeared or
4   answered in this action.

5   PARTY / ATTORNEY

6   Royal Family of US President Nathen    Magistrate Honorable Judge Nathen Baker
7   Dwayne Baker                           of United States District Court Western
8                                          District of Washington
9

10   I have directed a copy of this entire Application, by mail or by personal service, to the attorney
11   for each such party.

12   I, Prince Nathen Gustaf , plaintiff in this action, swear that I have read
13   this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C.
14   § 1746, I declare under penalty of perjury that the foregoing information is true and correct.
15   Executed on this __11__ day of __Feb.__, __2021__.

16
17
18
19                              Magistrate Honorable Judge Nathen Baker
                                Signature of Plaintiff
20

21   Plaintiff's Name, Address and Telephone:
22   Magistrate Honorable Judge Nathen D. Baker
23   1521 D ST. NE.
24   Auburn, Wa.
25   98001
26
27   Application for Court-Appointed Counsel in Title VII Action                            3
28   Revised 11/03

Pfizer Distributed by Pharmacia & Upjohn Company Division of Pfizer, Inc
April 2007 LAB-0128-2.1

Medication Guide for Non-Steroidal Anti-Inflammatory Drugs (NSAIDs medicines)
Heart surgery "coronary artery bypass graft (CABG)".
NSAID medicines can cause ulcers and bleeding in the stomach and intestines at any time during treatment. Ulcers and Bleeding can happen without warning symptoms may cause death. NSAID prescription Celecoxib, Celebrex, Diclofenac, Cataflam, Voltaren, Arthrotec (combined with misprostol), Diflunisal, Dolobid, Etodolac, Lodine or Lodine XL, Fenoprofen, Nalfon, Nalfon 200, Flurbirofen, Ansaid, Motrin (combined with hydrocodone), Indomethacin, Indocin, Indocin SR, Indo-Lemmon, Indomethagan, Ketoprofen, Oruvail, Ketorolac, Toradol, Mefenamic Acid, Ponstel, Meloxicam, Mobic, Nabumetone, Relafen, Naproxen, Naprosyn, Anaprox, Anaprox DS, EC-Naprelan, Naprapac, (copackaged with lansoprazole), Oxaprozin, Daypro, Piroxicam, Feldene, Sulindac, Clinoril, Tolmetin, Tolectin, Tolectin DS, Tolectin 600 Vicoprofen contains the same dose of ibuprofen as over-the-counter (OTC) NSAIDs, and is usually used for less then 10 days to treat pain. The OTC NSAID label warns that long term continuous use may increase the risk of heart attack or stroke. This Medication Guide has been approved by the U.S. Food and Drug Administration.
effective date___01/20/2007

United States District Court
Western District of Washington

1. The Federal Rules of Civil Procedure. (FRCP)
2. Local Civil Rules. (LCR)

## Part One

Before President for United States file civil complaint case, consider ways to resolve our dispute or problem outside of Court. Seek help from Honorable Judge making a Agreement Disputedlies combine

Pro Se Guide to filing your Lawsuit in Federal Court (Rev. Nov.-20)

one Means One.

1 **PREVIOUS EFFORTS TO RETAIN AN ATTORNEY**

2 Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately
3 as possible how many attorneys you have contacted, and over what period of time. You need not
4 identify the specific attorneys, and should not indicate the reasons they declined to represent you.
5 (Family Dispute) Honor Royal Crown King Nathen Baker of United States.

RECEIVED (DROP BOX)

FEB 11 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

10 **MERITS OF CLAIM**

11 Has the Equal Employment Opportunity Commission, the Washington State Human Rights
12 Commission, or other state or federal agency officially determined whether there is reasonable cause
13 to believe that the allegations of your complaint are true? fed.Civ.Rights. If so, please identify the
14 agency which made the finding, and the conclusion the agency reached. Beforehand makes
15 preperations emotionally together before our work even started
16 .

17 If there has been no such finding in your favor by a government agency, you may attach a brief
18 statement showing why your claim has merit. Do not include exhibits or other evidence. Your
19 statement is incorporated in this application and is subscribed under oath.

21 **AUTHORIZATION FOR RELEASE OF INFORMATION TO
MEMBERS OF THE CIVIL RIGHTS CASE SCREENING COMMITTEE**

23 I hereby authorize the Equal Employment Opportunity Commission and the Washington State
24 Human Rights Commission to furnish to members of the Federal civil Rights Case screening Committee
25 and to any attorney subsequently selected by the Court to represent me with a copy of the files
26 maintained by them in connection with my complaint of discrimination.

28 Application for Court-Appointed Counsel in Title VII Action                                2

Department of Health and Human Services

Multicare Privacy

Office for Civil Rights

RECEIVED (DROP BOX)

FEB 11 2021

WESTERN DISTRICT OF WASHINGTON

Disclosures of your health information as a byproduct of lawful and permitted use and safeguards are in place to minimize the disclosures. Substance Use Disorder Records. Protected health information for the reasons covered by your written authorization unless required by law. Coroners, Medical Examiners    Compensation.

Government Requests and Law Enforcement. Lawsuits and Disputes, Contacting You, Treatment Alternatives, Research, Limited Data Set Information, Comply with the Law, Organ and Tissue Donation, Payment, Health system operations, Public Health and Safety, Right to request nondisclosure to health plans for self-paid items or services, Request confidential communications, Receive a paper copy of this notice, Uses and Disclosure of Your Health information by Multicare. Your choices. In these cases, you have both the right and choice to tell us to. Ask us to correct certain protected health information, Request on accounting of certain disclosures, Request Restrictions

MultiCare Connected Care Network.

Others who may access or use your Health information.

Your Rights Regarding Your Protected Health Information.

You have a Right to get an electronic or paper copy of your health record. This Notice describes the practices of Multicare and that of any health care professional authorized to enter information into your medical record at any Multicare facility. All departments and units of Multicare. Any member of a volunteer group we allow to help you while you are at a MultiCare facility. All MultiCare employees and personnel including contracted or agency staff. MultiCare Connected Care Workforce members. Other health care providers who have agreed to follow and abide by the "joint notice of privacy practices"

Joint Notice of Privacy Practices. In addition to those persons identified above, a number of other independent practitioners have agreed with Multicare to follow this Notice as a joint privacy practices notice in accordance with federal privacy laws related to care delivered at MultiCare facilities, including the members of the medical staff of Tacoma General Hospital, Auburn Medical Center, MultiCare Deaconess Hospital, Allenmore Hospital, Mary Bridge Children's Hospital, Good Samaritan Hospital, MultiCare Covington Medical Center, MultiCare Valley Hospital, and other independent providers or organization delivering care at MultiCare facilities. The independent practitioners that have agreed to follow this Notice may access your health information where there is a legitimate need to the joint care setting at MultiCare facilities. The independent practitioners that have agreed to follow this joint notice likely will have separate Notice of Privacy Practices for care delivered at non-MultiCare facilities (e.g. a physician's office). Notice of Privacy Practices. Please Review it Carefully. MultiCare's Pledge and Responsibilities Regarding Your Protected Health Information.