

**UNITED STATES DISTRICT COURT**
Western District of Washington
Office of the Clerk
700 Stewart Street, Suite 2310
Seattle, Washington 98101
(206) 370-8400

**William M. McCool**
District Court Executive
Clerk of Court

**Eric Smits**
Chief Deputy Clerk

# UNITED STATES DISTRICT COURT
# TRANSACTION FORM

Date: _____

Your Name: *Magistrate Honorable Judge Nathen Baker*

Case# (if known): _____

Email Address: _____

Phone#: _____

Address: *(optional)* _____

**RECEIVED (DROP BOX)**

**FEB 11 2021**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## Reason for Transaction:

☐ **Working copies** for court

☐ Documents to open a **NEW** case

☐ Documents for a **PENDING** case

☐ **Payment** for restitution, filing fees, etc.
   *\*\*The court accepts money orders; personal checks and cashier checks, made out to: "Clerk, U.S. District Court." \*\*NO CASH\*\**

☐ **Other:** _____

_____

_____

_____