THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHEN DWAYNE BAKER, | CASE NO. C21-0189-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 22, 2021, Magistrate Judge Michelle L. Peterson granted Plaintiff's motion to proceed *in forma pauperis* (IFP) and recommended the Court review Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B) prior to the issuance of a summons. (Dkt. No. 5.) Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss an IFP complaint if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. On February 23, 2021, the Court issued an order finding that Plaintiff's complaint fails to state a claim upon which relief can be granted and ordering Plaintiff to file an amended complaint within 21 days. (Dkt. No. 6.) On March 4, 2021, the Court's orders (Dkt. Nos. 5, 6, 7), mailed to Plaintiff by the Clerk, were returned as undeliverable (Dkt. Nos. 8, 9, 10).

MINUTE ORDER
C21-0189-JCC
PAGE - 1

1  Local Civil Rule ("LCR") 10(f) requires parties to notify the Court of any change of
2  address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

> A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address. . . . If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing . . . address, the court may dismiss the action without prejudice for failure to prosecute.

Pursuant to these local rules, if Plaintiff does not update his current address by May 3, 2021, the Court may dismiss this action without prejudice for failure to prosecute.

DATED this 8th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C21-0189-JCC
PAGE - 2