THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

        Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

        Defendants.

CASE NO. C21-0189-JCC

ORDER

This matter comes before the Court *sua sponte*. Magistrate Judge Michelle L. Peterson granted Plaintiff's motion to proceed *in forma pauperis* (IFP) and recommended the Court review Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B) prior to the issuance of a summons. (Dkt. No. 5.) The Court issued an order finding that Plaintiff's complaint was subject to dismissal under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted and ordering Plaintiff to file an amended complaint within 21 days. (Dkt. No. 6.) On March 4, 2021, the Court's orders (Dkt. Nos. 5, 6, 7), mailed to Plaintiff by the Clerk, were returned as undeliverable (Dkt. Nos. 8, 9, 10). On March 8, 2021, the Court issued an order directing Plaintiff to update his address by May 3, 2021 or face dismissal of his case for failure to prosecute, pursuant to Local Civil Rules 10(f) and 41(b)(2). (Dkt. No. 11.) Plaintiff has not updated his address with the Court. Therefore, in accordance with Local Civil Rule 41(b)(2), Plaintiff's action is DISMISSED without prejudice. The Clerk is DIRECTED to close the case.

ORDER
C21-0189-JCC
PAGE - 1

DATED this 5th day of May 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0189-JCC
PAGE - 2